IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| MICHAEL GREENBERG | § | |
| | § | |
| V. | § | Case No. 5:22-CV-138-RWS-JBB |
| | § | |
| GREEN DOT CORPORATION | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The above-captioned action was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. On January 27, 2023, the Magistrate Judge issued a Report and Recommendation (Docket No. 6), *sua sponte,* recommending Plaintiff's case be dismissed without prejudice. No objections to the Report and Recommendation have been filed.[1]

The Court has carefully reviewed the Report and Recommendation and agrees with the Magistrate Judge that Plaintiff's case should be dismissed for lack of subject matter jurisdiction and for failure to obey an order of the Court. The Court hereby adopts the report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Plaintiff's above-captioned action is **DISMISSED WITHOUT PREJUDICE.**

So ORDERED and SIGNED this 27th day of February, 2023.

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] On February 2, 2023, Plaintiff Michael Greenberg ("Plaintiff"), proceeding *pro se*, acknowledged receipt of the Report and Recommendation. Docket No. 7.